[Civ. No. 11799.   Second Appellate District, Division Two.—April 13, 1938.]

WILLIAM E. McKENZIE, Appellant, v. SANTA FE TRAIL STAGES (a Corporation), Respondent.

No appearance for Appellant.

Shattuck, Davis & Story for Respondent.

THE COURT.—Upon submission of the motion to dismiss herein the presiding justice in open court made the following statement:

This case comes before us on motion to dismiss the appeal on the ground that appellant has not filed a transcript or brief within the time prescribed by law.  The motion is good and it is granted.  (*In re Yahne,* 193 Cal. 386 [224 Pac. 452] ; *In re Wignall,* 193 Cal. 387 [224 Pac. 452].)

Appeal is dismissed.